

**HOROWITZ TECH LAW P.C.**

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

ADMITTED TO NY, NJ & CA BARS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2025
```

May 14, 2025

**SO ORDERED.**
5/16/2025
DATE — VICTOR MARRERO, U.S.D.J.

<u>VIA ECF</u>
Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 15B
New York, NY 10007

        Re:    *United States v. Edwardo Moreno,*
                  <u>Docket No. 21-CR-093 (VM)</u>

Dear Judge Marrero:

      I represent Defendant Edwardo Moreno in the above matter. I write to respectfully request permission for counsel for co-Defendant Damel Marcus, Benjamin Silverman, to stand in for me on behalf of Mr. Moreno at the status conference scheduled for this Friday May 16th at 12:30 P.M. Mr. Silverman has graciously offered to stand in for me at the conference if I am unable to appear.

      I have a previously scheduled CJA duty day in the Eastern District of New York – Central Islip on May 16th. I will not know until that morning whether there will be any matters requiring me to appear in Central Islip. In an abundance of caution, I respectfully request Your Honor's permission for Mr. Silverman to stand in for me at the May 16th conference, if necessary.

      I have discussed this matter with Mr. Moreno, who has no objection to Mr. Silverman standing in for me at the May 16, 2025 status conference, should it be necessary.

      My thanks to the Court for its consideration of this application.

                                                   Respectfully submitted,

                                                   Joshua J. Horowitz

cc:      All counsel (via ECF)