USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

EDWARDO MORENO,

                Defendant.

---

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules the sentencing of defendant Edwardo Moreno on September 18, 2026, at 10:00 AM.

**SO ORDERED.**

Dated:    27 May 2026
          New York, New York

                              Victor Marrero
                              U.S.D.J.